UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  LEOCADIO J. FALCON, | : | Case No. 18-11200REF |
| Debtor | : | Chapter 13 |

# **ORDER**

AND NOW, this 10 day of August, 2018, upon my consideration of Debtor's Motion for Sanctions, U.S. Bank's answer thereto and U.S. Bank's Cross-Motion for Sanctions, the parties' briefs, and the hearings held on June 28, 2018, and July 26, 2018, and for the reasons stated in the accompanying Statement in Support of this Order entered of even date herewith,

IT IS HEREBY ORDERED that Debtor's Motion for Sanctions. Bank is DENIED.

IT IS FURTHER ORDERED that U.S. Bank's Cross-Motion for Sanctions is GRANTED.

IT IS FURTHER ORDERED that SANCTIONS ARE HEREBY IMPOSED AGAINST COUNSEL FOR DEBTOR, WILLIAM P. MARSHALL, ESQUIRE, IN THE AMOUNT OF $3,000.

IT IS FURTHER ORDERED that Debtor's counsel shall remit $3,000 to counsel for U.S. Bank within 30 days of this Order.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge